# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **ANGELA WILLIAMS**, individually and on behalf of all other similarly situated, | |
| Plaintiff, | |
| v. | Case No.: |
| **INFOCISION**, | |
| Defendant. | |

### CONSENT TO JOIN

1.  Pursuant to the Fair Labor Standards Act, 29 U.S.C. §216(b), I hereby consent to join and act as a plaintiff in the above-captioned lawsuit.

2.  I worked for InfoCision, as an hourly employee and I agree to be bound by any adjudication or court rulings in this lawsuit, whether favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's counsel will petition the Court for an award of attorneys' fees from any settlement or judgment.

3.  I hereby designate the Sommers Schwartz, P.C. firm to represent me in this lawsuit.


Signature: _____

Print Name: Angela Williams_____

Date Signed: 08/21/2023_____