| CO.  | FILE | DEPT. | CLOCK | VCHR. NO. | |
|------|------|-------|-------|-----------|---|
| WQH  | 731704 | 835350 | | 0000210050 | 1 |

# InfoCision
325 Springside Drive, Akron, Ohio 44333

**Earnings Statement** 

Period Beginning: 05/15/2023
Period Ending: 05/21/2023
Pay Date: 05/26/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
　Federal: Standard Withholding Table,$10 Extra Withholding

ANGELA WILLIAMS
196 W MARGARET
DETROIT MI 48203

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 40.00 | 440.00 | 9,079.18 |
| Overtime | | 1.25 | 20.63 | 367.96 |
| **Gross Pay** | | | **$460.63** | 11,667.14 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -28.69 | 698.31 |
| | Social Security Tax | -28.10 | 713.70 |
| | Medicare Tax | -6.57 | 166.91 |
| | MI State Income Tax | -28.36 | 617.60 |
| | **Other** | | |
| | Dental | -6.25* | 131.25 |
| | Group Accident | -2.91 | 61.11 |
| | Life Child | -0.14 | 2.94 |
| | Life Employee | -4.73 | 99.33 |
| | Short Term Dsbt | -8.96 | 188.16 |
| | Vision | -1.17* | 24.57 |
| | **Net Pay** | **$344.75** | |
| | Checking | -294.75 | |
| | Checking | -50.00 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Hrs To Calc Upt | | 165.07 |
| Bal Upto | | 124.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 330 668 1400

**Additional Tax Withholding Information**
　Exemptions/Allowances:
　　MI:　　　　0,$10 Additional Tax

\* Excluded from federal taxable wages
　Your federal taxable wages this period are $453.21

© 2000 ADP, Inc.

# InfoCision
325 Springside Drive, Akron, Ohio 44333

Advice number: 00000210050
Pay date: 05/26/2023



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| ANGELA WILLIAMS | ▬▬▬▬ | xxxx xxxx | $294.75 |
| | ▬▬▬▬ | xxxx xxxx | $50.00 |

**NON-NEGOTIABLE**